UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MONIQUE T. JACKSON,<br><br>                      Plaintiff,<br>v.<br><br>J.C. PENNEY CORPORATION, INC., et al.,<br><br>                      Defendants. | Case No. 2:15-cv-01347-RFB-PAL<br><br>ORDER |

Before he court is the Notice of Change of Attorney and Request for Removal from CM/ECF Service List (Dkt. #13) filed August 26, 2015. The notice requests that Michael P. Lowry of Thorndal, Armstrong, Delk, Balkenbush and Eisinger for Defendant J.C. Penney Corporation, Inc. and GGP Meadows Mall LLP, be removed from the case as he is "no longer handling this case." It further requests that Mr. Lowry be removed from the court's electronic service list.

Leave of court is required to allow an attorney to withdraw once an appearance has been made which requires notice to the affected client and opposing counsel. See, LR IA 10-6(b). No explanation is provided, and a notice is insufficient. Accordingly,

**IT IS ORDERED** that the Notice of Change of Counsel and Request for Removal from CMECF Service List (Dkt. #13) is **DENIED without prejudice**. Counsel shall comply with LR 10-6 in further requests of this nature.

DATED this 27th day of August, 2015.

                                                                         _____
                                                                         PEGGY A. LEEN
                                                                         UNITED STATES MAGISTRATE JUDGE